FILED

JAN 13 2010

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SAMUEL ZAMBADA,<br><br>　　　　　　Defendant. | Case No.: CR 10-mj-70019 PVT<br><br>**ORDER** |

Defendant Samuel Zambada is before the court on a criminal case out of the Eastern District of Virginia, Case No. CR-030360-A.

This court was informed at a hearing held on January 13, 2010 at which Mr. Zambada appeared that the federal case in the eastern District of Virginia has been dismissed at least as to this defendant. Accordingly,

IT IS HEREBY ORDERED that the defendant be released from custody forthwith to the extent that his custody is premised on the Eastern District of Virginia case, Case No. CR-03-360-A.

Dated: 1/13/2010

　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　United States Magistrate Judge